No. 95–1872. STRATE, ASSOCIATE TRIBAL JUDGE, TRIBAL COURT OF THE THREE AFFILIATED TRIBES OF THE FORT BERTHOLD INDIAN RESERVATION, ET AL. v. A–1 CONTRACTORS ET AL. C. A. 8th Cir. [Certiorari granted, 518 U. S. 1056.] Motion of

the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.